# INSTRUCTIONS FOR APPELLATE CLERK

GREETING(S) HONORABLE APPELLATE THIRD COURT OF APPEAL(S) CLERK'S & OFFICE;

1) Please filed these many legal documents, by putting and/or assigning a cause number to these legal document(s), each enclosed.;

2) After assigning a number to each of them, please file them each by placing a Appellate (3rd) Third Court of Appeals filed stamp on them and/or seal showing filed;

3) Please make one copies of each document enclose (because of being DENIED ACCESS to Court Law Constitutional Law Rights) and send back to me to:

Arnold LaMotte, Jr. Booking No. 1507853
DOB 1/23/1967

Travis County Correction Complex
3614 Bill Price Road
DelValle, Texas 78617

4) Please present all legal documents for this Honorable Court & Judges can ruled upon them A.S.A.P.

(Please note, that the Appellee's will continue to block, delay, etc... all my motions letter's, deny of copies, etc... in order for this Void conviction & sentence of False Imprisonment and endangerment of Arnold LaMotte, Jr.'s life, pending Post Conviction Relief's Brief coming to you soon, which paper is being withheld by Appellee's Law Library Clerk's...

Thank you for your assistant, help, and attention regarding the enclosed matters

SIGNED THIS 19th DAY OF April , 2015

RECEIVED
APR 2 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE


Pro-se Appellant

# LEGAL RESEARCH REQUEST

## PLEASE COMPLETE ALL PORTIONS OF THIS FORM.
## FAILURE TO COMPLETE MAY RESULT IN DENIAL OF YOUR REQUEST.

Name and Date: _____ Housing: _____

Booking Number: _____ Date of Incarceration: _____

Can you read and write English? ☐ Yes ☐ No  ?Puede hablar y leer inglies? ☐ Si  ☐ No

Are you:  ☐ Pre-trial?  ☐ Post-conviction?

Date of Conviction: _____ (if known)

---

Please check (✓) the boxes next to the topics for which you need assistance:

☐ <u>Current Criminal Case</u>

☐ Habeas Corpus (general)?

☐ Post conviction Habeas Corpus?

☐ Federal Habeas Corpus?

☐ Other (Briefly explain)

_____

_____

☐ <u>Current Civil Case:</u>

☐ Civil rights 42 U.S.C.A. 1983 (Conditions of Confinement)

☐ Appeal

☐ Other (Briefly explain and indicate whether it is related to the conditions of your confinement)_____

_____

Are you represented by counsel in the above case(s)?  ☐ Yes  ☐ No

Attorney name: _____

Self Representation approved by court?  ☐ Yes  ☐ No

Briefly describe the materials that you are requesting or the subject matter on which you are seeking assistance: _____

_____

_____

_____

Inmate Signature

Date Request Received: _____

Staff Response: _____

_____

_____

_____

TCSO Staff Signature / Date of response

xc:   file

APPELLATE CAUSE No._____

ARNOLD RAY LAMOTTE, JR.          )(      IN THE THIRD
  Pro-Se Appellant's     )(      COURT OF APPEALS
vs                                  )(
THE STATE OF TEXAS                  )(      FOR AUSTIN, TEXAS
  Appellee's              )(

RECEIVED
APR 2 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

OUT OF TIME APPELLATE APPEAL(S) BECAUSE OF DELAY(S) SHOWN
AND RENDERED BY APPELLEE'S

COMES NOW ARNOLD RAY LAMOTTE, JR. (HEREBY known as the Pro-Se Appellant), and The State of Texas and their agencies are HEREBY known as the Appellee's. It has been confirmed that the Appellant's mail going out to the Court's, Clerk's Office, etc... has and is being trampped with. Multiple grievances was filed citing and accusing the Appellee's and Greg Hamiton's Official's, Officer's, Employees etc..., which have been shown clearly of holding the Appellant's timely legal mail outgoing for weeks, then, when inquiries are requested and grievances filed by the Appellant. Now, all of the sudden, the Appellant's Motion's, Letter's, etc... are starting to show up, with a unknown address written in green marker and worse the legal mail, so far has been found open on both ends and it was never or not done in the present of the Appellant, nor did he ever gave nokind of written or oral consent to open all or any of his legal in coming or outgoing mail for anybody to open; See Exhibit "A" picture hand drawn, showing what is describle above along with Texas Commission Jail Violation Title 37 Part 9, ch. 291.2(2)(A)(i). And shown to have been read and copy by the Appellee and agencies without presents of the Appellant or even without permission or consent of him giving the Appellee or their agencies to do so...

WHEREFORE PREMISES CONSIDERED, the Appellant prayers that all or any legal letter's, Motion's, Brief's, etc... filed before this Court and/or Clerk's office, from February 27, 2015 up to June 1, 2015, be ordered filed by Unsworn Declaration and/or Certification

of Service for that Motion's, letters, Brief's, etc... In addition, it is prayer for, that this Appellant's Motion For Out of Time be Ordered Granted and Furthermore, it is requested that from the Appellant's other Motion's, Letters, Brief's, etc..., that has been tramppel with by the Appellee and their agencies, his outgoing and incoming legal mail be Ordered Granted as well as any other relief's that this Court deem to grant....

SIGNED THIS 13th DAY OF APRIL _____, 2015

Respectfully submitted,

_____
Appellant's Pro-Se Signature

## CERTIFICATE OF SERVICE

I, Arnold Ray LaMotte, Jr., the Pro-Se Appellant, HEREBY certify, that a true and correct copies of "Out of Time Appellate Appeal's Because of Delays Shown And Rendered By Appellee's", has been served by pre-paid first class postage stamp mail, and/or file though Travis County Correction Complex Law Liberty Clerk/Employee to ensure delivery of this Motion, to the below address or if none is sent to the Appellant. EXECUTED this 13th day of April, 2015, addres to:

① The Post Officer had only the address
  on Exhibit Listed (Which says wrong and no phone is in this Building or others to look up address)

_____
Pro-Se Appellant Signature

## UNSWORN DECLARATION

I, ARNOLD LAMOTTE, the Pro-Se Appellant, under booking no. 1507853 being presently incarcerated in the Travis County Correction Complex in Travis County, Texas, HEREBY declare under penalty of perjury that the enclosed and above statements and attached Exhibit "A" are true and correct to the best of my abilities. EXECUTED on this 13th day of April, 2015; pursuant to TEX.

Civil Practice & Remedies Code Chapter 132

Pro-Se Appellants Signature

EXHIBIT "A"   Letter Return Showing Delay Going Out, Two Weeks being held by State's Appellee's And Wrong Address Given To The Appellant Intentionally, Knowingly, And Deliberately To Keep Him from filing these enclosed Motions. In addition, this legal document was never open with the Appellant's present, but came back Ripped and Cut open and pages were read and copy without his consent or permission to do so, Violation of Texas Commission Jail Standards Title 37 Part 9, Ch. 291.2 (2)(A)(i)

✳ Copy of Front and Rips/Cut Open legal document hand done...

Ripped Across Heavily

Blue Written 3mth

NOT PUB

501 W. 5th
Green Written Marker

MR. ARNOLD RAY LAMOTTE, SR
Booking No. 1507853 DOB 1/23/1967
C/O Travis County Correction Complex
3614 Bill Price Road
Del Valle, Texas 78617
Legal Document is Enclosed

WAS TORE OPEN
FIRST CLASS POSTAGE

AUSTIN 787
RIO GRANDE DISTRICT
26 MAR 2015 SL

715 C138

Written in thin pen red ink marker

Appellate Clerk Office for 3rd Ct. of Appeal
Legal Document's Filing Department
3rd (Third) Court of Appeals
505 West 14th Street 5th Floor
Austin, Texas 78701

Green Marker Heavy crossed out

Green Marker crossed out

↑ Cut here whole section across

# INSTRUCTIONS FOR APPELLATE CLERK

GREETING(S) HONORABLE APPELLATE THIRD COURT OF APPEALS CLERK(S)...!

① Please file these two legal documents, by putting and/or assigning a cause number to them each...;

② After assigning a number to each of them; please file by placing and putting an Appellant file stamp certify seal on <u>each</u> pages to show file

③ Please make one or two copys of each page ( I'm being <u>DENIED</u> <u>ACCESS OF COURT</u> Law Constitutional Law Rights to have copies made) and send them back to me to show file, to the following address of:

Arnold LaMotte, Jr. Booking No. 1507853 DOB 1/23/1967

C/O Travis County Correction Complex

3614 Bill Price Road

Del Valle, Texas 78617

④ Please present Informa Paupers Application/Motion to the presiding Judges for review and consideration ~~and sent back to the Appellant~~

the Orders rendered...

_____  3/5/15
Appellant's Signature        DATE

CAUSE No. _____

ARNOLD RAY LAMOTTE, JR.     )
                   Appellant     )
                                 )     IN THE COURT
v                                )
                                 )     OF THIRD APPEAL
THE STATE OF TEXAS               )
                   Respondent    )     OF TEXAS

## MOTION OF LEAVE TO FILE FOR NEW TRIAL

NOW COMES FURTH, ARNOLD RAY LAMOTTE, JR. CHEREBY INAFTER as the Appellant and the State of Texas is the Respondent. WHEREFORE NOTICE OF APPEAL was filed upon February 27, 2015 and in addition Notice was given to County Court Six (6) court and Judge presiding for Post Conviction Relief's will be seeked before Brief for New Trial is filed, due to the State has already begun delay tactics like they did before Jury Trial was done, and gave unreasonable excuses after excuses and being allowed by Judge Mueller to do so. Therefore, Notice and Motion to file for New Trial is given...

SIGNED THIS 5th DAY OF MARCH, 2015

Respectfully submitted;

_Arnold Ray Lamotte_
Appellant's signature

RECEIVED
APR 2 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

# CERTIFICATE OF SERVICE

I, Arnold Ray LaMotte, Jr., the Appellant, HEREBY certifys that a true and correct copy of Motion Of Leave To File For New Trial has been sent by pre-paid first class stamped envelope. EXECUTED on this 5ᵗʰ day of March, 2015 address to:

① Appellate Clerk Office for 3ʳᵈ Ct. of Appeal
Legal Document's filing Departments
3ʳᵈ (Third) Court of Appeals
509 West 11ᵗʰ Street 5ᵗʰ floor
Austin, Texas 78701

_____
Appellant's Signature

# UNSWORN DECLARATION

I, Arnold LaMotte, the Appellant, HEREBY Declare under penalty of perjury that the Appellant has sent out in a seal legal document's of Motion Of Leave To File For New Trial and Affidavit Of Indigency to proceed forward on his Appeal from this False Imprisonment rendered. EXECUTED upon this 5ᵗʰ day of March, 2015.

_____
Appellant's Signature

CAUSE No._____

ARNOLD RAY LAMOTTE, JR. §        IN THE COURT
   Appellant    §

         §        OF THIRD APPEAL

v.          §
THE STATE OF TEXAS  §        OF TEXAS
    Respondent  §

RECEIVED
APR 27 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

# AFFIDAVIT OF INDIGENCY

NOW COMES FORTH, Mr. Arnold Ray LaMotte, Jr.; (HEREIN-AFTER as the Appellant); for the above, entitled and number case cited and enclosed, whom swears under oath of all below statements to be true and correct, would proceed forward with:

The Appellant is 48 year old mix race straight male, whom lives at 392 Lacy Drive, in Elgin, Texas 78621. His mailing address is P.O. Box 29, Elgin, Texas 78621, due to losing staying on and off with his common law wife Mrs. Carletta LaMotte-Lewis. The Appellant has lived their for over 5-6 years almost.

The Appellant is requesting and applying for approval to proceed forward under Informa Pauperss, for him to Appeal cause number C12-300283 out of Travis County, Texas lower misdemeanor County Court Six (6th); illegally and unlawfully, void, and none sustain conviction rendered upon February 23, 2015; see Exhibit "A", for evidence

By the Appellant being Indigent and without all or any-kind of means to pay for any kind of Court Appellant Costs and/or fees as deem and set forth accordingly. The Appellant is unable to be given all or any kind of fair chances to prove his Actual Innoc-ents, pursuant to Brady Rules, laws, provisions found, by Travis County, Texas Sheriff Grey Hamilton's officer's, official's, and Employees has <u>DENIED</u> Access To Court valid or even providing legal research sent out, Access To Court legal material's, like paper and pens, etc... to draft Brief's and Motion's, very limited to what legal materials and cases to property cite for his brief's and Motion's, etc...which are being done intentionally, knowingly, and deliberately, which <u>Oral</u> Orders from Judge Brandy Mueller, and the County Attorney and office has told by Orders all Wrongful Doers, to block the Appellant in any way they can, without getting caught. The Appellant has file for an Appellate Bail Bond to the Texas Court of Criminal Appeals and U.S. Federal Law Enforcements to interven, for prosecutor misconduct, malicious interference to Access To Court; all be-cause the Appellant not only can prove his Actual Innocence under Brady Rule, but here the undisputed burden of evidence that the Court, Court reporter, and county attorney and office and state Prosecutor Swain III, whom on record told by bragging on how he filed Fraudulent Documents to get a conviction illegally

and unlawfully, as well as bragged upon how he and others Violated the State of Texas and United States Federal Constitutional Laws was allowed by Judge Brady Mueller's approval to do so, and even shown to have violated Texas Penal Codes, and Texas Code of Criminal Procedures Articles and Rules in addition to their conspiracy schemes rendered....

The Appellant is now homeless and his small transportion business has been destroyed and has left him 21,000.ºº dollars negative and in debt, from his contractors, not to mention, civil litigation lawsuits that may or soon be filed against him for breach of contractors. Therefore, placing him back under penurious status...

The Appellant has no children to raise, for all his children are over 18 years old. However, by him being in major Financial troubles, in his business(es) and by him having ① No property to put up ; ② No land property ; ③ No bank accounts ; ④ No real estate property ; ⑤ No jewelry, stocks, etc.— ⑥ One broken down 1993 Acostar Van (in storage with pad lock on it for delinequent negative balance of $300.00 dollars owed out on it, plus ⁵55.ºº owed on personal storage now ...

The Appellant debt monthly expenses are : ① Back rent owed in the amount of negative ⁵800.ºº dollars ; ② Utilities and Telephone owed

in the amount of negative $300.00 dollars; ③ Gas, bus, fares, auto repair are in the amount of $85.00 dollars per month spent and gasoline for Van before breaking down was around $756.00 per month dollars. However, the main debt is from the business, which a grand total of monthly and negative debt is $21,000.00 dollars and storage fees owed out, in another $600.00 The debt total is over Negative - 24,000.00 dollars and climbing each month, while held in false inprisonment custody. Therefore, the Appellant has 0 income, as well as a law student loans of over $48,000.00 dollars owed

The Appellant has the following and pending to receive government entitlements that are based on Indigency being: ① MAP, which is medical State insurance; ② Food Stamps/SNAP (pending approval for another six (6) months, missed appointment; due to being in jail); and the Appellant's SSI/SSD is pending in Appeal Court for review...

I, ARNOLD RAY LAMOTTE, JR. have declared Indigent and he is and proven that he is **UNABLE** to pay all or any kind of Appellates Court fees and costes that may be cited and order from a normal person, who may be able to pay... In addition, by the Appellant not free, nor back on his previous bond, nor even having the Texas Court of Criminal Appeals bail bond setting the Appellant free, shows and allow him to be under proverty

level and meet all requirements to proceed under Informa Pauper.

WHEREFORE PRESIDES CONSIDERED, I ARNOLD RAY LA-MOTTE, JR., the Appellant for the above, entitled and numbered cause listed above HEREBY certifies and I am cited and stating under the penalty of perjury that all statements made above are true and correct in this swore document enclosed, to the best of my abilities.

SIGNED THIS 6th DAY OF MARCH , 2015

Respectfully submitted,

_____
Appellant's Signature

# UNSWORN DECLARATION

I, ARNOLD RAY LAMOTTE, JR. T.C.C.C. booking number 1507853, being presently incarcerated under false imprisonment in the Travis County Corrections Bureau in Travis County, Texas, declare under penalty of perjury that the foregoing is true and correct; EXECUTED on this 6th day of March , 2015

_____
Appellant's Signature

CAUSE No. _____

ARNOLD RAY LAMOTTE, JR.  §§    IN THE COURT
         Appellant  §§
vs  §§    OF THIRD APPEAL
THE STATE OF TEXAS  §§    OF TEXAS
         Respondent  §§

## ORDER(S)

Upon this day and date, it came before this Honorable Court and panel of presiding Honorable Judges of the Third Court of Appeals Court hearing, Arnold LaMotte, Jr.'s Informa Paupers Affidevit of Indigency application to be considered and reviewed. After careful reviews and consideration of this Application. I T I S ORDERED DECREED AND ADJUDGED THAT:

[ ] Arnold LaMotte, Jr.'s Motion and/or Application is ORDERED GRANTED for Any and All Appellate's fee(s), cost(s), and Court Cost(s) are ORDERED WAIVE; and this includes Brief's and Motion's filing fee(s) as well as any other cost(s) and fee(s) not mention here ...

[ ] Arnold LaMotte, Jr.'s Motion and/or Application is ORDERED DENIED for the following reason(s) of: _____

_____

EXHIBIT

"A"

NAME: LAMOTTE, ARNOLD RAY

NUMBER: 1507853

LOCATION: **12C4 - 105B -**

ORDER DATE: 03/05/2015

ORDER BATCH: 867

RECEIPT: 135890

**BEGINNING FUNDS BALANCE:** **$0.00**

| APPROVED QTY | ITEM | ITEM DESCRIPTION | REJECTED QTY - REASON | ITEM PRICE | SUBTOTAL | SALES TAX | TOTAL W/ TAX |
|---|---|---|---|---|---|---|---|
| 1 | 9803 | STEPP PACK | | 0.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| SUB-TOTAL: | 0.00 |
| SALES TAX: | 0.00 |
| **ORDER TOTAL:** | **$0.00** |

Recipient: _____

Delivery Agent: _____

**ENDING FUNDS BALANCE:** **$0.00**

| Rejected Item Codes | | | |
|---|---|---|---|
| 6 | Unauthorized Item | 9 | Exceeded Spend Group | 12 | Unauthorized Indigent Item |
| 7 | Exceeded Max Quantity | 10 | Insufficient Funds | 18 | Order Form Spend Limit Exceeded |
| 8 | Exceeded Category Limit | 11 | Exceeded Timespan Quantity | 19 | Not Available |

MR. ARNOLD RAY LAMOTTE, JR.
Booking No. 1507853 DOB 11/23/1967
Travis County Correction Complex
3614 Bill Price Road
Del Valle, Texas 78617




EMERGENCY LEGAL DOCUMENT(S)
ATTENTION MR. Jeffrey Ryle &/or Clerk of Court
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701



SUSTAINABLE
FORESTRY
INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013